# Exhibit A

SCHEDULE OF SUBSCRIBERS AND GINNIE MAE GUARANTY AGREEMENT  Version 3.9
ELECTRONIC POOL SUBMISSION

Pool/Loan Package Number: 627311  DATE: 06/08/2004  TIME: 14:24:43
Pool Amount: $5,926,701.00
Issuer Number: 2572    Specified Date for Ginnie Mae Delivery of Certificates: 06/22/2004
Issuer Name: NATIONAL CITY MORTGAGE CO.    Immediate Pool Issuance & Transfer:
File Transmission Number: 2572-000468-627311-M-SF-060804-135922-7
DELIVERY INSTRUCTIONS: Federal Reserve Bank of NY

| ISSUE DATE | SECURITY RATE | MARGIN | INITIAL PAYMENT DATE | MATURITY DATE | ISSUE TYPE | POOL TYPE | POOL TAX ID | GUARANTY FEE |
|---|---|---|---|---|---|---|---|---|
| 06/01/2004 | 6.000 | 0.000 | 07/20/2004 | 06/20/2034 | M | SF | | .03 |

| NAME OF SUBSCRIBER/FED CLEARING BANK | ABA NUMBER | TOTAL SUBSCRIBED |
|---|---|---|
| JPMCHASE/CUST/G08113 | 031000021 | $5,926,701.00 |
| | TOTAL: | $5,926,701.00 |

| Principal & Interest (P&I) Custodial Account Number | P&I Bank ID Number | Escrow Custodial (T&I) Account Number | T&I Bank ID Number | Document Custodian ID Number | Subcontract Servicer's Ginnie Mae Issuer Number (if applicable) |
|---|---|---|---|---|---|
| 2532369 | 041000124 | 2532377 | 041000124 | 000468 | |

**Purpose:** This form authorizes the issuance of securities under the Ginnie Mae I and Ginnie Mae II programs and establishes the contract between the Issuer and Ginnie Mae under both programs.
**AUTHORIZATION:** Ginnie Mae is instructed to prepare and deliver the securities to be issued by the undersigned against the Ginnie Mae Pool/Loan Package number specified in conformity with the information provided in this form and transmission referenced by the File Transmission Number above.
**Ginnie Mae Guaranty Agreement:** The Issuer, by executing this form, and Ginnie Mae, by approving the proposed issue, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, agree as follows: (1) the Issuer and the Ginnie Mae contract for the issuance and guaranty of securities backed by the mortgages listed on the accompanying Schedule of Pooled Mortgages, which form is incorporated herein by reference, and the Issuer hereby certifies to the accuracy of the information contained thereon; (2) the Issuer and Ginnie Mae incorporate by reference, and the Issuer agrees to comply with, all of the terms and conditions of the Ginnie Mae Mortgage-Backed Securities Guide in effect as of the issue date specified above (Ginnie Mae Handbook 5500.3, "the Guide"), and the Issuer acknowledges that it has received the complete text of the Guide and agrees that each of the Issuer's existing pools and loan packages, whether formed under the Ginnie Mae I MBS Program or the Ginnie Mae II MBS Program, shall be governed by the terms of such Guide; (3) the Issuer and Ginnie Mae incorporate by reference all of the terms and conditions of the Guaranty Agreement included in the Guide for the pool type described above as of the issue date specified above and agree, further, that each of the Issuer's existing pools and loan packages, whether formed under the Ginnie Mae I MBS Program or the Ginnie Mae II MBS Program, shall be governed by the terms of the Guaranty Agreement that is included in the Guide for that pool type as of the issue date specified above (which shall prevail over any inconsistent terms of the applicable Guide), and that the terms of any and all previously effective Guaranty Agreements and Contractual Agreements shall be null and void and of no further effect in defining the rights and obligations of the Issuer and Ginnie Mae with respect to any pool that is currently the responsibility of the Issuer; (4) the effective date of this form and Guaranty Agreement shall be the issue date specified above; and (5) pursuant to the Guide, the Issuer transfers, assigns, sets over and otherwise conveys to Ginnie Mae all of the Issuer's right, title, and interest in and to the pooled mortgages identified and described in the attached Schedule of Pooled Mortgages. Such transfer shall be effective as of the date and time of delivery of the securities by Ginnie Mae or the CPTA but shall include: (a) for each mortgage in a pool or loan package, except for IR pools or loan packages, all scheduled payments due on or after the issue date, (b) for each mortgage in an IR pool or loan package, all scheduled payments due on or after the first day of the month prior to the issue date, and (c) for each mortgage, all unscheduled payments received after the date on which the original principal balance of the pool or loan package was determined for purposes of this Schedule.
Furthermore, I certify the data contained in the electronic transmission referenced herein by the file transmission number and relied upon by Ginnie Mae, is true to best of my knowledge and belief.

| AUTHORIZED SIGNATURE: *Laurie Graf* | NAME AND TITLE: LAURIE GRAF, DELIVERY SHIPPER |
|---|---|
| DATE: 06/08/04 | |
| APPROVED FOR ISSUE: Ginnie Mae Authorized Signature | Date: |