# Exhibit B

**ISSUER**
**SCHEDULE OF POOLED MORTGAGES FORM 11706**
**ELECTRONIC POOL SUBMISSION**
**RECAP**

DATE: 06/08/2004
TIME: 13:46:51
Version 5.9

FILE TRANSMISSION NUMBER: 2572-000468-627311-M-SF-060804-133922-7

| INTEREST RATE FOR MORTGAGES | | WEIGHTED AVERAGE INTEREST RATE | POOL/LOAN PKG. NUMBER | SECURITY ISSUE DATE | ISSUE TYPE | POOL TYPE |
|---|---|---|---|---|---|---|
| HIGHEST | LOWEST | | | | | |
| 6.500 | 6.250 | 6.2873 | 627311 | June 1, 2004 | M | SF |

| ISSUER ID | NAME | Ginnie Mae TYPE (I/II) | TERM OF MORTGAGES | SECURITY/MORTGAGE CHANGE DATE |
|---|---|---|---|---|
| 2572 | NATIONAL CITY MORTGAGE CO. | II | 240 - 360 Months | / / |

**DISTRIBUTION OF ALL LOANS IN POOL**

| | NUMBER | AMOUNT | | |
|---|---|---|---|---|
| FHA | 36 | $5,525,666.73 | | |
| VA | 3 | $401,034.98 | TOTAL AMOUNT P&I | $36,788.72 |
| RHS | 0 | $0.00 | TOTAL UNPAID BALANCES | $5,926,701.71 |
| NA | 0 | $0.00 | TOTAL NUMBER OF LOANS | 39 |
| OTHER | | | | |
| TOTAL | 39 | $5,926,701.71 | | |

2009 DEC 12 P 4: 24

ISSUER
SCHEDULE OF POOLED MORTGAGES FORM 11706
ELECTRONIC POOL SUBMISSION
GinnieNET CUSTODIAN INITIAL CERTIFICATION

| | | |
|---|---|---|
| Pool Number : 627311MSF | FILE TRANSMISSION NUMBER: | 2572-000468-627311-M-SF-060804-133922-7 |
| Issuer Number: 2572 | | |

INSTRUCTIONS FOR CUSTODIAN

The custodian will review each mortgage or loan file in accordance with the applicable sections of the Ginnie Mae MBS Guide, Rev. 1 to determine that all required documents have been properly executed and received and that such documents relate to the mortgages included in the pool data transmission.

Upon completion of each examination, an authorized official of the custodian will sign the original and the required copies of this form in the space provided and forward the original to the Ginnie Mae's pool processing agent via GinnieNET and provide a signed copy to the Issuer. Pursuant to the following, certification may be completed in two stages, "initial" and "final", except for PL, PN, LM, LS, RX, CL and CS pools which are only finally certified.

06-08-04
Date of Initial Certification

CUSTODIAN CERTIFICATION

The mortgages contained in the pool data transmission and identified by the File Transmission Number (FTN) contained herein have been received and have been determined to satisfy the requirements of the Ginnie Mae MBS Guide, Rev. 1.

For SF, BD, AR, AQ, AT, AF, AS, AX, GP, GT, GA, GD, and SN pools and loan packages: Section 13-4(A) of the Ginnie Mae MBS Guide, Rev. 1.

For MH pools: Sections 13-4(A) and 30-4(A)(1) of the Ginnie Mae MBS Guide, Rev. 1.

000468
Custodian Number

NATIONAL CITY BANK, KENTUCKY
Custodian Name

8159 WASHINGTON CHURCH ROAD, MIAMISBURG, OH, 45342
Address (Including Zip Code)

Authorized Signature
JUSTIN TRHLIN
LOAN REVIEW ADMINISTRATOR
Name and Title

SCHEDULE OF POOLED MORTGAGES FORM 11706
ELECTRONIC POOL SUBMISSION
LOAN DETAIL

DATE: 06/08/2004
TIME: 15:46:51
Page (4)
Version 5.9

FILE TRANSMISSION NUMBER: 2572-000468-627311-M-SF-060604-133922-7

Pool Number: 627311MSF

| ISSUER'S LOAN # AND MIN | MOM | NAME OF MORTGAGOR/ PROPERTY SITE ADDRESS | FHA-VA-RHS CASE NUMBER | INTEREST RATE | FIRST/ LAST PAY DATE | MORTGAGE MARGIN Plan #/ MH Type | MONTHLY P&I/ UNSCH. PRIN. (CURTAILMENT) | ORIG PRIN. BALANCE | UNPAID BAL. AS OF June 1, 2004 |
|---|---|---|---|---|---|---|---|---|---|
| 000000003267134 | | | 000523393460703 | 6.250 | 06/01/2004 05/01/2034 | | 1091.17 | $177,219.00 | $177,050.85 |
| 000000003275121 | | | 005417103876703 | 6.250 | 07/01/2004 06/01/2034 | | 999.93 | $162,400.00 | $162,400.00 |
| 000000003276583 | | | 000523396046703 | 6.250 | 06/01/2004 05/01/2034 | | 1030.55 | $167,373.00 | $167,214.18 |
| 000000003276955 | | | 000523384366703 | 6.250 | 07/01/2004 06/01/2034 | | 1020.00 | $165,660.00 | $165,660.00 |
| 000000003277074 | | | 000636261040851 | 6.250 | 07/01/2004 06/01/2034 | | 359.12 | $58,325.00 | $58,325.00 |
| 000000003282242 | | | 001372982047703 | 6.375 | 07/01/2004 06/01/2034 | | 728.22 | $116,725.00 | $116,725.00 |
| 000000003282925 | | | 000523396472703 | 6.250 | 06/01/2004 05/01/2034 | | 1230.60 | $199,863.00 | $199,673.35 |
| 000000003289136 | | | 000523580892703 | 6.250 | 07/01/2004 06/01/2034 | | 1030.55 | $167,373.00 | $167,373.00 |
| 000000003289598 | | | 000523415122703 | 6.250 | 07/01/2004 06/01/2034 | | 1270.00 | $206,263.00 | $206,263.00 |
| 000000003293761 | | | 000523418004703 | 6.250 | 06/01/2004 | | 1363.96 | $221,525.00 | $221,312.81 |
| 000000003309656 | | BRAVO 66 EDGEWORTH AVE PROVIDENCE, RI 029040000 | 004510859220703 | 6.250 | 07/01/2004 06/01/2034 | | 1283.28 | $208,420.00 | $208,420.00 |